UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X
DAVID MARTINEZ, individually and on behalf of all others
similarly situated,

                              Plaintiffs,                    1:22-cv-04578

          -against-                              **ORDER OF
                                                                 DISMISSAL WITH
LA MARIA PIZZERIA CORP., 1455 NEPPERHAN REST CORP.     PREJUDICE AS TO
D/B/A BELLA ROSA PIZZERIA, ALI OZTURK, ALBERT             LA MARIA PIZZERIA CORP.
TRANQUILLO A/K/A "ALLY", and LAURIE TRANQUILLO,      and ALI OZTURK ONLY**

                              Defendants.
-------------------------------------------------------------------------------X

        **WHEREAS,** on June 2, 2022, David Martinez, ("Plaintiff") commenced this action by the filing of a Complaint;

        **WHEREAS,** Plaintiff, on one hand, and La Maria Pizzeria Corp. and Ali Ozturk on the other hand (collectively "Settling Defendants"), reached a settlement of this action and of Plaintiff's claims against the Settling Defendants and have entered into a Settlement Agreement, filed on the Court's docket (the "Agreement"), formally memorializing the Parties' settlement;

        **WHEREAS,** the terms of the Agreement, which are incorporated herein by reference, have been reviewed and scrutinized by the Court and are approved and considered a fair and reasonable resolution of, *inter alia*, a bona fide dispute over a provision or provisions of the FLSA and NYLL;

        **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the Parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person who is not a party to this action has an interest in the subject matter of the action, the above entitled action is hereby discontinued, pursuant to Fed. R. Civ. P. 41(a), with prejudice, without

costs to any party as against the other as to **La Maria Pizzeria Corp.** and **Ali Ozturk** only. This Stipulation may be filed without further notice to the Clerk of the Court.

**IT IS FURTHER STIPULATED AND AGREED**, that facsimile and/or electronically transmitted signatures shall be deemed as original signatures.

Dated: November 14, 2022　　　　　　　　　　Dated: November 14, 2022
New York, NY　　　　　　　　　　　　　　　　New York, NY

/s/ Eliseo Cabrera　　　　　　　　　　　　　/s/ Eileen M. Burger
Eliseo Cabrera　　　　　　　　　　　　　　　Eileen M. Burger, Esq.
Katz Melinger PLLC　　　　　　　　　　　　　Mitchell Pollack & Associates, PLLC.
280 Madison Avenue, Suite 600　　　　　　　150 White Plains Road, Suite 310
New York, New York 10016　　　　　　　　　Tarrytown, NY 10591
(212) 460-0047　　　　　　　　　　　　　　(914) 332-0700 | (914) 332-9191 (Fax)
edcabrera@katzmelinger.com　　　　　　　　eburger@mpollack.com
*Attorneys for Plaintiffs*　　　　　　　　*Attorneys for Settling Defendants*

SO ORDERED:

Dated:　November 15, 2022　　　　　　　_____
　　　　New York, New York　　　　　　　HON. KATHERINE POLK FAILLA

2