UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID MARTINEZ, *individually and on behalf of all others similarly situated*,<br><br>                              Plaintiff,<br><br>                    -v.-<br><br>1455 NEPPERHAN REST CORP., *d/b/a Bella Rosa Pizzeria*, ALBERT TRANQUILLO, LAURIE TRANQUILLO,<br><br>                              Defendants. | 22 Civ. 4578 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On March 14, 2023, the Court was informed that the court-ordered mediation in this case was successful as to the remaining parties in this case, and that agreement was reached on all issues. (March 14, 2023 Minute Entry). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **April 14, 2023**, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

        SO ORDERED.

Dated:   March 15, 2023
             New York, New York

                                                             *Katherine Polk Failla*
                                                        _____
                                                             KATHERINE POLK FAILLA
                                                             United States District Judge