# KATZMELINGER
370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

| | |
|---|---|
| Eliseo Cabrera<br>Katz Melinger PLLC | o: 212.460.0047<br>f: 212.428.6811<br>edcabrera@katzmelinger.com |

April 28, 2023

**VIA ECF**
Honorable Katherine Polk Failla
Unites States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *Martinez v. La Maria Pizzeria Corp. et al.*
      **Civil Action No. 22-cv-04578-KPF**

Your Honor:

We are attorneys for plaintiff in the above-captioned matter, and submit this letter jointly with counsel for defendants 1455 Nepperhan Rest Corp., Laurie Tranquillo, and Albert Tranquillo (together with plaintiff, the "Parties") to respectfully request a short extension of the Parties' deadline to submit the proposed settlement agreement and letter motion for approval. This is the Parties' second request for an extension.

Pursuant to Your Honor's order dated April 14, 2023, the Parties were required to submit their settlement agreement and letter motion for approval to the Court on or before April 28, 2023. Since that time, counsel have finalized the essential terms of the settlement agreement and request a brief extension until May 11, 2023, in order to conduct a final review and formalize the execution of the agreement.

The parties apologize to the Court for the untimeliness of this request. The parties are confident that they will be able to submit the agreement and accompanying Cheeks letter motion to the Court by May 11, 2023.

We thank the Court for its attention to this matter.

Respectfully submitted,
*/s/ Eliseo Cabrera*
Eliseo Cabrera

```
Application GRANTED.  The Clerk of Court is directed to
terminate the pending motion at docket number 40.

Dated:    May 1, 2023            SO ORDERED.
          New York, New York
```

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE