

Benjamin M. Rattner, Partner
ben@cw.legal

June 12, 2023

*Via ECF*

Hon. Katherine Polk Failla
United States District Court
For the Southern District of New York
40 Foley Square
New York, NY 10007



Re: *David Martinez v. La Maria Pizzeria Corp., et al.*, No. 1:22-cv-04578

Dear Judge Failla:

  This firm represents defendants 1455 Nepperhan Rest Corp. d/b/a Bella Rosa Pizzeria, Albert Tranquillo, and Laurie Tranquillo (the "Bella Rosa Defendants") in the above-referenced action. We write, pursuant to this morning's phone call with Your Honor's law clerk, to advise the Court that the parties have reached an agreement and are endeavoring to obtain signatures on the settlement agreement, which was due for submission to the Court on Friday, June 9, 2023 (ECF No. 45). We expect to have those signatures in a matter of days.

  We apologize for the delay in submitting the settlement agreement to the Court and appreciate the Court's time, attention, and patience regarding this matter.

              Respectfully submitted,

              */s/ Benjamin M. Rattner*

              Benjamin M. Rattner

cc: Eliseo Cabrera, Esq.

```
The parties are directed to file a fully executed settlement
agreement along with a joint letter regarding the fairness of the
settlement agreement on or before June 20, 2023.
```

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE